

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
04/28/2020

IN RE:  
Dorothy Ann Johnson

CASE NO. 15–31875
CHAPTER 13

    Debtor(s)

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISTRY

The following motion is GRANTED:

*56* – Motion to Deposit Funds into the Court Registry Filed by Trustee David G Peake (Attachments: # 1 Proposed Order) (Peake, David)

These unclaimed funds may be deposited into the Registry of the Court:

    Amount: $ 4,140.36  
    Owed to: Dorothy Ann Johnson

Signed and Entered on Docket: 4/28/20.

    by: <u>Kristy Love</u>  
    Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.